# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, on behalf of itself and its members; JAMES LEE, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MESA VILLAS INVESTORS, LLC; and DOES 1 – 10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:23-cv-02263-H-MMP<br><br>**ORDER GRANTING PLANTIFFS' MOTION FOR VOLUNTARY DISMISSAL**<br><br>[Doc. No. 3.] |

On December 12, 2023, Plaintiffs United African-Asian Abilities Club and James Lee ("Plaintiffs") filed a complaint against Defendant Mesa Villas Investors, LLC ("Defendant"). (Doc. No. 1.) On February 16, 2024, Plaintiffs filed a notice of voluntary dismissal of the entire action with prejudice. (Doc. No. 3.) Plaintiffs represent that the parties settled the case. (Id.)

Federal Rule of Civil Procedure 41(a)(1)(A) provides that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."

///
///
///

Because Defendant has not filed an answer or a motion for summary judgment in this case, the Court grants Plaintiffs' motion and dismisses the action with prejudice. The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED: February 21, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT